Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Fabian LOPEZ-ALVARADO |
| **Docket Number:** | 1:06CR00140 OWW |
| **Offender Address:** | Wasco, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 11-11-98 |
| **Original Offense:** | Ct. 1) 21 USC 846, 841(a)(1) - Conspiracy to Possess with Intent to Distribute 100 Kilograms of Marijuana (CLASS B FELONY )<br>Ct. 2) 21 USC 841(a)(1), 841(b)(1)(B) - Possession with Intent to Distribute Approximately 2,146 lbs. of Marijuana<br>(CLASS B FELONY) |
| **Original Sentence:** | Ct. 1) 92 mos. BOP, concurrent to 92 mos. BOP on Ct. 2; 5 years TSR on both counts; $2,000 fine; $200 special assessment; mandatory drug testing |
| **Special Conditions:** | Drug aftercare and testing |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10-29-04 |
| **Assistant U.S. Attorney:** | Unassigned |
| **Defense Attorney:** | Unassigned |

Rev. 04/2005
PROB12B.MRG

**RE:    Fabian Alvarado-Lopez**
**Docket Number:  1:06CR00140 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**11-09-05**:                Southern District of Texas Court notified regarding the defendant's arrest for Driving Under the Influence.

**03-15-06:**               Southern District of Texas modified conditions of supervision, placing the defendant in a community corrections center not to exceed 120 days, pursuant to his arrest for Driving Under the Influence.

**04-13-06:**               Transfer of jurisdiction from the Southern District of Texas to the Eastern District of California.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1)    The defendant shall comply with the conditions of home detention for a period not to exceed 120 consecutive days to commence when directed by the probation officer.  During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures as specified by his probation officer.  The defendant shall pay the cost of electronic monitoring as determined by the probation officer.

**RE:    Fabian Alvarado-Lopez**
        **Docket Number:  1:06CR00140 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

>   2)   The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:**   Mr. Alvarado was placed in a community corrections center on March 31, 2006, as a result of his arrest by the California Highway Patrol for Driving Under the Influence.

During Mr. Alvarado's stay in the community corrections center, he was allowed to work for Cobra Cab Company as a dispatcher.  On  May 5, 2006, Mr. Alvarado returned to the community corrections center at approximately 10:50 p.m.  Upon his arrival, employee Sanchez noticed a strong odor of alcohol emitting from Mr. Alvarado's breath.  A breathalyzer test was administered which resulted in a positive reading of .097.  Mr. Alvarado admitted to drinking alcohol and the community corrections center director determined to fail him from the program.

Mr. Alvarado has signed a Probation Form 49 agreeing to the proposed modifications of his terms of supervision.  Mr. Alvarado is on notice that should he violate the terms of home confinement or consume alcohol, the probation officer's intent is to return him to court for a formal revocation hearing.

**RE:   Fabian Alvarado-Lopez**
**Docket Number:  1:06CR00140 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Senior  United States Probation Officer**
Telephone:  (661) 861-4392

**DATED:**   March 15, 2006
Bakersfield, California
TAB:dk

/s/ Rick C. Louviere

**REVIEWED BY:**
**RICK C. LOUVIERE**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(  )   Modification not approved at this time.  Probation Officer to contact Court.

(  )   Other:

IT IS SO ORDERED.

**Dated:   May 18, 2006**            /s/ Oliver W. Wanger
emm0d6                     UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12B.MRG